MARY DOCHTERMANN, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Dochtermann* v. *Brooklyn Heights R. R. Co.*, 32 App. Div. 13, affirmed.
(Argued October 8, 1900; decided October 26, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 24, 1898, reversing an order of the Trial Term setting aside a. verdict in favor of plaintiff, and awarding a new trial, and directing judgment in favor of plaintiff upon the verdict.

*Thomas L. Hughes* for appellant.

*S. S. Whitehouse* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.